1  J. SCOTT GERIEN, State Bar No. 184728
   DAVID BALTER, State Bar No. 212027
2  DICKENSON, PEATMAN & FOGARTY
   809 Coombs Street
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876

5  Attorneys for Plaintiff
   SUTTER HOME WINERY, INC.

**GRANTED**
*James Ware*
Judge James Ware
1/25/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sutter Home Winery, Inc., | CASE NO. C-06-06584 JW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| JAW Restaurant Management, LLC, d/b/a The Counter | |
| Defendant. | |


DICKENSON, PEATMAN & FOGARTY
A Professional Law Corporation

NOTICE OF VOLUNTARY DISMISSAL        1
CASE NO. C-06-06584 JW

1  NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff, Sutter
2  Home Winery, Inc., voluntarily dismisses the above-captioned action without prejudice.

Dated: 1/24/07

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By _____
J. Scott Gerien
David Balter

809 Coombs Street
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6876

Attorneys for Plaintiff,
Sutter Home Winery, Inc.

NOTICE OF VOLUNTARY DISMISSAL          2
CASE NO. C-06-06584 JW